# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DEBORAH TOGA, an individual, | **CASE NO. 2:16-cv-06561 CAS (PLAx)** |
| Plaintiff, | STATE COURT CASE NO. PCO 57090 |
| v. | **PROTECTIVE ORDER RE: DISCOVERY** |
| SHIRE HUMAN GENETIC THERAPIES, INC., a corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | Complaint Filed: June 3, 2016 |

1 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2 Having reviewed the parties' Joint Stipulation for Protective Order Re: Discovery,
3 and for good cause shown, the Court hereby orders that all parties to the above-captioned
4 action shall obey the provisions of the Joint Stipulation.

5 **IT IS SO ORDERED.**

6
7 Dated: May 30, 2017

8 *Paul L. Abrams*

9 _____
10 Paul L. Abrams
   United States Magistrate Judge

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28